LANZA ET AL. *v.* WAGNER, MAYOR OF NEW YORK CITY, ET AL.

No. 452. Decided November 13, 1962.

*Vito F. Lanza, pro se,* and *Samuel Shapiro* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, *Sheldon Raab,* Deputy Assistant Attorney General, *Leo A. Larkin* and *Seymour B. Quel* for appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.